FILED

04/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0201

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0201

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                             O R D E R

TOMMY LANE CURRIER,

     Defendant and Appellant.

_____

Appellant Tommy Lane Currier was granted an extension of time to file and serve the opening brief on or before April 15, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 28, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2024